# EXHIBIT 4

# Exhibit 4 - U.S. Patent No. 8,677,398 ("'398 Patent")

| Claim 13 | TikTok Infringement |
|---|---|
| 13. A method implemented using a programmed hardware computer system, the method comprising: | To the extent the preamble is limiting, TikTok, through its Accused Instrumentalities (e.g., TikTok's computer systems that implement and provide TikTok Ad Manager, including but not limited to components such as Attribution Analytics, Cross-Channel and/or Cross-media measurement, Mobile Measurement Partner Tracking, Traffic campaign objectives, SRN Integration, Lift measurement, Click ID (TTCLID), View data, reach settings, frequency settings, and TikTok U.S. Data Security), performs a method implemented using a programmed hardware computer system.<br><br>*See, e.g.*, evidence and analysis for claim limitations 13 (a)-(b) below. |
| (a) based on first electronic profile data associated with an electronic identifier of a first device, automatically causing, with the computer system, an action to be taken with respect to a second device that is indicated at the time of the action by an electronic identifier electronically associated with the first device identifier; | TikTok, with the computer system, automatically causes an action to be taken with respect to a second device that is indicated at the time of the action by an electronic identifier electronically associated with the first device identifier, based on first electronic profile data associated with an electronic identifier of a first device.<br><br>For example, TikTok's Accused Instrumentalities use the first electronic profile data associated with an electronic identifier of a first device (e.g., a browser cookie ID, DSP or SSP cookie ID, and/or first-party cookie associated with a particular device), to automatically cause an action (e.g., direction of a targeted advertisement or an attribution event) to be taken with respect to a second device that is indicated at the time of the advertisement or conversion by an electronic identifier electronically associated with the first device identifier, such as, e.g., a device within the same household.<br><br>*See, e.g.*, evidence and analysis for claim limitation 1(a)-(c); https://adalytics.io/blog/user-id-rotation: |




; https://iabtechlab.com/wp-content/uploads/2022/04/OpenRTB-2-6_FINAL.pdf:

| | |
|---|---|
| | The following table summarizes the objects in the Bid Request model and serves as an index into the detailed definitions in the subsections that follow. |

| Object | Section | Description |
|---|---|---|
| BidRequest | 3.2.1 | Top-level object. |
| Source | 3.2.2 | Request source details on post-auction decisioning (e.g., header bidding). |
| Regs | 3.2.3 | Regulatory conditions in effect for all impressions in this bid request. |
| Imp | 3.2.4 | Container for the description of a specific impression; at least 1 per request. |
| Metric | 3.2.5 | A quantifiable often historical data point about an impression. |
| Banner | 3.2.6 | Details for a banner impression (incl. in-banner video) or video companion ad. |
| Video | 3.2.7 | Details for a video impression. |
| Audio | 3.2.8 | Container for an audio impression. |
| Native | 3.2.9 | Container for a native impression conforming to the Dynamic Native Ads API. |
| Format | 3.2.10 | An allowed size of a banner. |
| Pmp | 3.2.11 | Collection of private marketplace (PMP) deals applicable to this impression. |
| Deal | 3.2.12 | Deal terms pertaining to this impression between a seller and buyer. |
| Site | 3.2.13 | Details of the website calling for the impression. |
| App | 3.2.14 | Details of the application calling for the impression. |
| Publisher | 3.2.15 | Entity that controls the content of and distributes the site or app. |
| Content | 3.2.16 | Details about the published content itself, within which the ad will be shown. |
| Producer | 3.2.17 | Producer of the content; not necessarily the publisher (e.g., syndication). |
| Device | 3.2.18 | Details of the device on which the content and impressions are displayed. |
| Geo | 3.2.19 | Location of the device or user's home base depending on the parent object. |
| User | 3.2.20 | Human user of the device; audience for advertising. |
| Data | 3.2.21 | Collection of additional user targeting data from a specific data source. |
| Segment | 3.2.22 | Specific data point about a user from a specific data source. |
| Network | 3.2.23 | Network on which an ad will be displayed. |
| Channel | 3.2.24 | Channel on which an ad will be displayed. |
| SupplyChain | 3.2.25 | Chain of nodes from beginning to end representing the entities involved in the direct flow of payment for inventory. |
| SupplyChainNode | 3.2.26 | Nodes defining the identity of an entity participating in the supply chain of a bid request. |
| EIDs | 3.2.27 | Extended identifiers support |
| UIDs | 3.2.28 | Extended identifier user id support |
| UserAgent | 3.2.29 | Structured user agent information |

; https://adalytics.io/blog/user-id-rotation:

| | |
|---|---|
| | In programmatic advertising, vendors utilize user IDs to build audience profiles and decide how to serve targeted ads. For example, a user with a given user ID might frequent a lot of gardening websites, and consequently, when ad tech vendors “see” that specific user ID, the vendors serve ads to that user ID from advertisers who are promoting gardening tools.<br><br>Some user IDs can elicit higher bids from ad tech vendors on behalf of media buyers. For example, a user ID that is thought to be associated with a doctor may elicit very high bid prices from DSPs which are trying to serve ads to healthcare providers on behalf of pharmaceutical brands.<br><br>; https://help.smartadserver.com/articles/Knowledge/Extended-User-Identification:<br>**Overview**<br>User identification across the inventory chain from Supply to Demand is critical to allow for targeting (audience targeting, retargeting etc.), frequency capping and other features.<br>Traditionally, user identification across the programmatic ecosystems is done by each player dropping a cookie with a unique user id and then synching this id with all other players in the ecosystem.<br>Since third party cookie based user identification is increasingly blocked by browsers, new providers and initiatives have emerged to allow for cookieless and universal user identification. This article explains Equativ's support of these providers.<br>**Equativ's extended Ids (eids) support**<br>To embrace the cookieless user identification era, Equativ follows the Extended Identifiers (eids) specification (see IAB OpenRTB 3.0 specification and IAB AdCOM v1.0 specification). Extended Ids are sometimes referred to as "alternative Ids".<br>At this time, Equativ supports extended Ids as follows:<br>• publishers can sign up with a supported user identification provider and send the user Ids in ad calls to Equativ's system; see list of supported providers below in chapter “Logging”<br>• Equativ logs the presence of a user Id from a supported provider in the ad call and makes it available in the Reporting API as an additional dimension; extended Id statistics are not yet available in the Equativ Monetization Platform<br>• Smart forwards all `eids` received in the ad calls to the DSPs in the bid requests<br><br>; https://www.tiktok.com/legal/page/global/partner-privacy-policy/en: |

| | |
|---|---|
| | **Automatically Collected Information**<br><br>**Technical Information**. When you use the Partner Platform, we automatically collect network and device information such as your IP address, device identifier, device name, type of operating system, information obtained from Cookies and other tracking technologies, time zone, language and other local settings, and server logs (which can include information like access dates and times).<br><br>**Cookies**. We use cookies and similar tracking technologies (collectively, "Cookies") to operate and provide the Partner Platform, including, for example, to enable you to log into secure areas of the Partner Platform, to enable us to provide certain features and functionality, or to enhance your experience using the Partner Platform, or to receive the status of emails we send to you such as when and on what platform (PC or mobile systems) the emails are opened. For more information about our use of cookies on the Partner Platform for individuals located in the EEA, UK and Switzerland please see our Web Cookies Policy ↗.<br><br>You may be able to control some of the What Information We Collect → through your device browser settings to refuse or disable Cookies. Because each browser is different, please consult the instructions provided by your browser. Please note that you may need to take additional steps to refuse or disable certain types of Cookies. In addition, your choice to disable Cookies is specific to the particular browser or device that you are using when you disable Cookies, so you may need to separately disable Cookies for each type of browser or device. If you choose to refuse, disable, or delete Cookies, some of the functionality of the Partner Platform may no longer be available to you. Without this information, we are not able to provide you with all of the requested services.<br><br>**Usage Information**. We collect information about how you engage with the Partner Platform, including information about the content you view, the duration and frequency of your use, your engagement with other users, your search history and your settings.<br><br>; https://ads.tiktok.com/business/en-US/blog/beyond-click-attribution-views-impact-purchase?acq_banner_version=73412989: |

**Measurement**

# Beyond the click: Understanding the impact of views on TikTok

January 08, 2024

Click attribution undervalues TikTok conversions by 73%. Learn more about our holistic measurement frameworks to capture and measure the value of TikTok ad views.

Learn more



## Evolving our mobile measurement framework for app advertisers

We recently unveiled **new ways for app advertisers** to measure attribution beyond last-click models. App advertisers work with mobile measurement partners (MMPs) to understand the actions that users take after an ad is clicked or viewed over a certain period of time. TikTok's recently launched **Self-Attributing Network (SAN)** is a new MMP network integration that provides advertisers with a comprehensive view of all conversions driven by their TikTok ads beyond MMP's last-touch attribution. This integration offers more campaign performance insights, customized attribution windows, and access to advanced attribution metrics like Engaged View-Through Attribution (EVTA)

| | |
|---|---|
| | **Introducing new Measurement Partner specialties**<br><br>To help brands better understand the impact of advertising on TikTok, the **TikTok Marketing Partners Program** is proud to announce two new partner specialties in the Measurement Badge category: Cross-Channel and Lift. Paired with TikTok's first-party **attribution solution,** these partners can help advertisers better understand the customer journey and incremental nature of TikTok campaigns through vetted third-party solutions.<br><br>Getting your media measurement right is an ongoing process, and requires continuous learning, iterating, and refining your strategy. There are several tools and solutions that can help you do this:<br><br>• **Use conversion lift studies or geo lift studies** to calibrate your view-through-attributed conversions. We've talked about how using longer attribution windows helps you capture the maximum number of events in your reporting. You can then conduct incrementality experiments to validate this reporting and calibrate your attribution results.<br>• **Tap into media mix modeling** (MMM) **and statistical multi-touch attribution** (MTA) **models** which include impressions and clicks as inputs in assessing the effectiveness and efficiency of media. These models are different than rule-based attribution models which only rely on clicks.<br>• **Leverage Cross-Channel measurement partners** like Fospha, Northbeam, **Rockerbox** and **TransUnion** (formerly Neustar) and **post-purchase survey providers** like Fairing and KnoCommerce to determine TikTok's influence on a purchase across touchpoints.<br>• **Work with Lift measurement partners** like Kantar, Nielsen, LiveRamp, NCS, Foursquare and SambaTV to measure the incremental impact on brand lift, sales lift, store visits and tune-ins.<br><br>; https://ads.tiktok.com/help/article/about-attribution-analytics?lang=en: |

| | |
|---|---|
| | Measurement / Insights and reporting / About Attribution Analytics<br><br># About Attribution Analytics in TikTok Ads Manager<br><br>Last updated: May 2025<br><br>You can use attribution analytics to understand the actions people take after clicking or viewing your ad over a certain period of time.<br><br>## Features<br><br>• **Performance Comparison:** Gives you the ability to compare your performance across different attribution windows.<br>• **Time to conversion:** Gives you the average time it takes to convert after the last ad interaction. This feature also shows the number of attributed events recorded each day after ad exposure.<br>• **Touchpoints to conversion:** Shows the successful ad interaction paths that lead to conversions. This feature helps get an idea of which campaign paths drive more value and if there is synergy between campaigns that leads to more conversions.<br>• **Assisted conversions:** Gives you a breakdown of TikTok attributed conversions into TikTok assisted and TikTok referred conversions.<br><br>; https://ads.tiktok.com/help/article/tiktok-click-id?lang=en: |

Measurement / Insights and reporting / Attribution Settings

# About TikTok Click ID

Last updated: April 2025

TikTok Click ID (TTCLID) is a tracking parameter appended to a landing page URL when you click on an ad on TikTok, helping TikTok to improve ad attribution and performance by associating your Click ID with a campaign.

## Features

When you share triggered web events through the Pixel or Events API with TikTok, and those events contain Click IDs, TikTok matches the Click ID to your actions on TikTok. We use matched event information for attribution, audience building, ad delivery optimization, and measurement.

; https://ads.tiktok.com/help/article/mobile-measurement-partner-mmp-tracking?lang=en:

Measurement / App Measurement / Mobile Measurement Partners

# About Mobile Measurement Partner Tracking

Last updated: April 2025

If you're an App Marketer, TikTok recommends tracking the performance of your ads by using a Mobile Measurement Partner (MMP). If you're not using any of these partner services, TikTok recommends that you choose Traffic as your campaign objective and track clicks to monitor your ad performance.

## Tracking links

For all MMPs, make sure you go to your MMP dashboard to find the latest tracking links. Use the links below to find instructions from each MMP on how to integrate with TikTok. If you experience setup issues, contact your MMP support team.

| | Help center links | Example links (right click the hyperlinks and copy the link address) | Required parameters for attribution and callback |
|---|---|---|---|
| | Adjust | Click-Through Attribution<br>View-Through Attribution | gps_adid=__GAID__, idfa=__IDFA__ , ip_address=__IP__&user_agent=__UA__ , tiktok_callback_param=__callback_param__ |
| | Airbridge | Click-Through Attribution<br>View-Through Attribution | click_id=__CALLBACK_PARAM__&gaid_raw=__GAID__&ifa_raw=__IDFA__ |
| | AppsFlyer | iOS<br>Click-Through Attribution<br>View-Through Attribution<br>Android<br>Click-Through Attribution<br>View-Through Attribution | Required parameters for attribution and callback<br>GAID / IDFA / IP / UA / SL:<br>clickid=__CALLBACK_PARAM__<br>Campaign, Ad sets, Ad related name, and ID required parameters<br>c=__CAMPAIGN_NAME__&af_c_id=__CAMPAIGN_ID__&af_adset=__AID_NAME__&af_adset_id=__AID__&af_ad=__CID_NAME__&af_ad_id=__CID__ |

| | | | |
|---|---|---|---|
| | Branch | iOS<br>Click-Through Attribution<br>View-Through Attribution<br>Android<br>Click-Through Attribution<br>View-Through Attribution | Required parameters for attribution and callback<br>GAID / IDFA / IP / UA / SL: clickid=CALLBACK_PARAM<br>If you need to track data by ad group name/ad creative name, please replace the parameter with the following tracking link:<br>ad_set_id=__AID__&ad_set_name=__AID_NAME__&~campaign=__CAMPAIGN_NAME__&~campaign_id=__CAMPAIGN_ID__&~creative_id=__CID__&~creative_name=__CID_NAME__ |
| | DFINERY (Adbrix) | Click-Through Attribution<br>View-Through Attribution | m_idfa=__IDFA__&m_gaid=__GAID__&cb_5=CALLBACK_PARAM |
| | Kochava | iOS<br>Click-Through Attribution<br>View-Through Attribution<br>Android<br>Click-Through Attribution<br>View-Through Attribution | IDFA / __GAID__, __UA__, __IP__, __CALLBACK_PARAM__ |

| | |
|---|---|
| | <table><tr><td>Singular</td><td>iOS<br>Click-Through Attribution<br>View-Through Attribution<br>Android<br>Click-Through Attribution<br>View-Through Attribution</td><td>Required parameters for attribution and callback<br>aifa=__GAID__&idfa=__IDFA__&cl=__CALLBACK_PARAM__&redirect=false<br>If you need to track data by ad group name/ad creative name, please replace the parameter to the tracking link:<br>pscid=__AID__&pscn=__AID_NAME__&cr=__CID__&pcrid=__CID__&pcrn=__CID_NAME__&pcn=__CAMPAIGN_NAME__&pc=__CAMPAIGN_ID__&pcid=__CAMPAIGN_ID__&cl=__CALLBACK_PARAM__</td></tr><tr><td>Tenjin</td><td>iOS<br>Click-Through Attribution<br>View-Through Attribution<br>Android<br>Click-Through Attribution<br>View-Through Attribution</td><td>Note: "Impression=true" is required to show attribution links.<br>Required parameters for attribution and callback<br>click_id=__CALLBACK_PARAM__&advertising_id=__IDFA__<br>(if it is android ,advertising_id=__GAID__ )</td></tr></table><br>; https://support.appsflyer.com/hc/en-us/articles/6722785184913-TikTok-for-Business-Advanced-SRN-integration-setup: |

| | |
|---|---|
| | Marketers › Measure & Engage › Measure paid media › TikTok for Business ›<br><br>**TikTok for Business—Advanced SRN integration setup**<br><br>For: **Marketers** Last update: April 6, 2025 at 9:18 AM<br><br>**At a glance:** TikTok for Business (tiktokglobal_int), is an advanced Self-Reporting Network (SRN) providing app owners the ability to measure click and view-based mobile attribution with AppsFlyer. This includes app installs coming from app and non-mobile TikTok campaigns.<br><br>**Note**<br><br>**Note:**<br><br>• On January 30, 2023, the new **TikTok for Business—Advanced SRN** integration `tiktokglobal_int` was added. The **[Legacy] TikTok for Business** integration `bytedanceglobal_int` was gradually phased out and officially deprecated on March 20, 2024. The transition is handled by TikTok and they will notify you when you can delete the old integration. **To avoid any data loss, make sure to keep both integrations live during the transition phase**. Learn more in the bulletin.<br>• AppsFlyer supports the measurement of app activity for non-app campaigns. |

TikTok for Business

## Overview

An Advanced SRN integration means that all dual-consented traffic is attributed and reported as regular SRN traffic. For non-consented traffic, AppsFlyer is able to attribute and measure attribution based on clicks and impressions coming from TikTok, in accordance with privacy restrictions. The integration supports click and impression attribution, cost, ad revenue, and audiences.

; https://ads.tiktok.com/help/article/list-of-supported-events-by-appsflyer:

Measurement / App Measurement / Mobile Measurement Partners

# List of supported events by AppsFlyer

Last updated: February 2025

Mobile Measurement Partners (MMP) help you track app data, link installs and in-app actions to digital marketing campaigns, and measure ROI for your campaigns.

The AppsFlyer events that can be mapped in TikTok are listed in the table below:

| TikTok Event | TikTok Event Name (Legacy Integration) | TikTok Event Name (SAN Integration) |
|---|---|---|
| Add Payment Info | Add_payment_info | AddPaymentInfo |
| Add to Wishlist | Add_to_wishlist | AddToWishlist |
| Launch APP | Launch_app | LaunchAPP |
| Complete Tutorial | Complete_tutorial | CompleteTutorial |
| Create Group | Create_group | CreateGroup |
| Create Role | Create_role | CreateRole |
| Generate Lead | Generate_lead | GenerateLead |
| In-App Ad Click | InApp_ad_click | InAppADClick |
| In-App Ad Impr | InApp_ad_impr | InAppADImpr |
| Ad Revenue | N/A | ImpressionLevelAdRevenue |
| Join Group | Join_group | JoinGroup |
| Achieve Level | Achieve_level | AchieveLevel |
| Loan Apply | Loan_application | LoanApplication |
| Loan Approval | Loan_approval | LoanApproval |
| Loan Disbursal | Loan_disbursal | LoanDisbursal |
| Login | Login | Login |
| Rate | Rate | Rate |
| Search | Search | Search |

| | | |
|---|---|---|
| Spend Credit | Spend_credits | SpendCredits |
| Start Trial | Start_trial | StartTrial |
| Subscribe | Subscribe | Subscribe |
| Unlock Achievement | Unlock_achievement | UnlockAchievement |
| Add To Cart | Add_to_cart | AddToCart |
| Checkout | Checkout | Checkout |
| View Content | View_content | ViewContent |
| Purchase | Pay(Purchase) | Purchase |
| Registration | Registration | Registration |

; https://ads.tiktok.com/help/article/about-tiktoks-partnership-with-nielsen-one-for-cross-media-measurement?lang=en:

Measurement / Insights and reporting / Cross-media measurement

# About TikTok's partnership with Nielsen ONE for cross-media measurement

Last updated: April 2025

TikTok has partnered with Nielsen to provide their Nielsen ONE cross-media reach measurement for TikTok campaigns. This solution enables you to understand your audience reach and optimize your multi-channel strategy. For example, you might calibrate your TikTok campaign's reach and frequency settings as part of your media mix.

| | |
|---|---|
| | **Features**<br><br>• **Demographic reach**: Measure the portion of your TikTok campaign that was delivered to the intended audience age and gender.<br>  ◦ Audience Reach: Percentage of the population base that was reached by the TikTok campaign.<br>  ◦ On Target Percentage: Percentage of the campaign's tracked ads delivered to the target demographic.<br>  ◦ Unique Audience: unique count of individuals exposed to the ad campaign.<br>• **Incremental reach across 4 screens**: Compare cross-platform and publisher de-duplicated reach on TikTok across mobile, computer, TV, and CTV.<br><br>; https://usds.tiktok.com/what-is-usds: |

# What is USDS and how is it governed?

As part of Project Texas, we created a standalone entity called TikTok U.S. Data Security Inc. (USDS). USDS is a separate company tasked with managing all business functions that require access to U.S. user data identified by the U.S. government as needing additional protection and ensuring that the content you see in the U.S. version of the app is free from outside manipulation.

TikTok USDS will be overseen by an independent board of directors, each with strong backgrounds in U.S. national and cyber security. USDS leads will report directly to this board, and there will be no reporting lines outside of it. The USDS team is currently led by General Manager Andy Bonillo and Head of Security for USDS Will Farrell—both of whom have significant experience working with the U.S. government in the national and cyber security spaces. Subject to U.S. Employment law, all employees of USDS will be vetted per hiring requirements more similar to what is required in the defense industry than in an entertainment company.

| | |
|---|---|
| | ; https://usds.tiktok.com/usds-about:<br><br>**Pillar 1: Independent Governance**<br><br>TikTok's parent company ByteDance was founded by Chinese entrepreneurs. Today, ByteDance is a private, global company, with roughly 60 percent owned by global institutional investors, 20 percent owned by the company's founders, and 20 percent owned by its employees—including thousands of Americans. It is not owned or controlled by any government or state-controlled entity.<br><br>That said, it's important to address concerns over our corporate governance structure, particularly concerns about foreign control. That is why we have created a special purpose subsidiary called TikTok U.S. Data Security (USDS). USDS is tasked with managing all business functions that require access to U.S. user data identified by the U.S. government as needing additional protection ("protected U.S. user data") and safeguarding the systems that deliver content on the app in the U.S. to ensure that it is free from foreign manipulation.<br><br>The USDS team is currently led by General Manager Andy Bonillo and Security Officer Will Farrell—both of whom have significant experience working with the U.S. government in the national and cyber security spaces.<br><br>In addition, USDS employees are vetted with robust background and security checks subject to U.S. employment law,. Upon full implementation, TikTok USDS will be overseen by an independent board of directors, each with strong backgrounds in U.S. national security and highly respected in their field. USDS will operate all parts of the TikTok business responsible for protected U.S. user data, and also oversee the application's content delivery systems in the United States. |

| | |
|---|---|
| | **Pillar 4: Content Assurance**<br><br>We want people to be confident that the content they see on TikTok is free from any government manipulation or influence.<br><br>Our content recommendation system is based on content-neutral signals from users, including what videos they have liked, shared, watched to the end, and more; the *subject* of the video is not taken into account by the recommendation system. Oracle will inspect and test the algorithm code and the trained model in the secure cloud environment to ensure it is not recommending content that isn't indicated by a user's in-app behavior.<br><br>Our content moderation systems and processes—both machine and human—will also be subject to outside review, to confirm that moderation is taking place only in accordance with our published Community Guidelines. For example, human-reviewed decisions can be audited, and the machine-based processes that look for content violations when a video is uploaded will be reviewed and tested to ensure that they aren't also removing content based on any other factor, such as removing content critical of the Chinese government.<br><br>There are times when TikTok might promote particular content—such as boosting videos of a World Cup goal or calling attention to a high-profile creator like the Rolling Stones joining the platform—and there are times when we might filter certain content to improve user experience (like preventing multiple videos with the same audio from appearing in a row). USDS will implement these promotions and filters using applicable rules, algorithms, logic or guidelines, and Oracle will have visibility, safeguarding against unexpected changes to our system. All promotion decisions will be transparent and auditable to third-parties who can verify our decisions and to our U.S. Content Advisory Council. |

| | |
|---|---|
| | ; https://newsroom.tiktok.com/en-us/tiktok-data-security-usds-independent-security-inspectors-june-2024:<br><br>Today, TikTok U.S. Data Security Inc. (USDS) is further enhancing the security of TikTok users' data and protection against cybersecurity threats by appointing HaystackID and OnDefend to serve as Independent Security Inspectors for USDS.<br><br>This new collaboration builds on TikTok USDS' ongoing partnership with Oracle. In May 2022, TikTok created a new organization called TikTok U.S. Data Security (TikTok USDS) as part of its ongoing Project Texas Plan. This special purpose subsidiary is staffed by U.S.-based employees (with some exceptions in the U.K. and Australia to provide global coverage). USDS controls access to protected U.S. user data, content recommendation, and moderation systems in the secure Oracle Cloud. This structure brings heightened focus and governance to TikTok's operations in the U.S. including data protection policies and content assurance protocols to keep U.S. users and their data safe and ensure users have an authentic experience on TikTok.<br><br>Expanding on this established focus, HaystackID and OnDefend with additional support from Mandiant Consulting will serve as Independent Security Inspectors for USDS. This collaboration is designed to ensure the security and integrity of the TikTok app, its source code, user information, and the U.S. platform as a whole, highlighting TikTok USDS's commitment to meeting stringent cybersecurity standards. |

| | |
|---|---|
| (b) wherein the electronic association between the first and second device identifiers is based on connection, before the action, of each of the first and second devices, independently of the other, to a common local area network, wherein the computer system is connected to the local area network through the Internet but is not in the local area network. | In the infringement practiced by TikTok, the electronic association between the first and second device identifiers is based on connection, before the action, of each of the first and second devices, independently of the other, to a common local area network, wherein the computer system is connected to the local area network through the Internet but is not in the local area network.<br><br>For example, the electronic association between the first and second device identifiers that the computer system performing the claimed method (e.g., a TikTok computer system) uses to automatically cause the action of limitation 1(a) is based on connection, before the advertisement or conversion, of each of the first and second devices, independently of the other, to a common local area network, e.g., by comparing IP addresses that the first and second devices used to connect to the Internet. TikTok's computer system is connected to the local area network through the Internet but is not in the local area network, because DSPs do not reside in the same LAN as the devices to which they provide advertisements. *See, e.g.*, evidence and analysis for claim limitation 13(a); https://iabtechlab.com/id-generation-provenance-and-clarification/: |

| | |
|---|---|
| | In the world of web browsers, many, especially on the buy-side, understand the buyeruid to be the product of a process traditionally called a cookie sync. Here's a common example: an SSP holds the relationship between their user IDs and DSPs user IDs. The SSP knows that ssp_cookie_id: 123 is "mapped" to dsp_cookie_id: abc. This mapping is usually created and stored in a process adjacent to RTB transactions called – you guessed it – cookie syncing.<br><br>In an RTB transaction, this enables the SSP to observe their own user ID cookie (ssp_cookie_id in our example) and then perform a real-time lookup to determine the DSP's preferred ID (dsp_cookie_id), which was set during a previous cookie sync operation. The SSP then inserts that value in the 'buyeruid' attribute of bid request for the given DSP. The DSP then uses this cookie ID (the DSP's preferred ID) for targeting, frequency capping, and attribution. In cookieless environments like Safari, CTV, or iOS, the process laid out above is not possible (as there are no cookies!), so other mechanisms to identify the user are used. The output could be various tokens or signals – it could be a hashed email, an inferred cookie or device ID, or other device-level signals like IP address.<br><br>; https://support.appsflyer.com/hc/en-us/articles/207447053-AppsFlyer-attribution-model#probabilistic-modeling: |

## Attribution methods

AppsFlyer uses a number of attribution methods, listed in the table that follows:

| Method | Uses device ID | Technique | Attributed by | Android (Google Play and third-party stores) | iOS | Universal Windows Platform (UWP) | CTV, PC, and console platforms (3) |
|---|---|---|---|---|---|---|---|
| Referrer (1) | No | Deterministic | AppsFlyer | Yes (2) | No | Yes | No |
| Device ID matching (1) | Yes | Deterministic | AppsFlyer | Yes | Yes | Yes | Yes |
| Probabilistic modeling (1) | No | Probabilistic | AppsFlyer | Yes | Yes | No | Yes |
| Aggregated Advanced Privacy (AAP) (1) | No | Aggregate | AppsFlyer | No | Yes | No | No |
| Preload (1) | No | Deterministic | AppsFlyer | Yes | No | Yes | No |
| SKAdNetwork (SKAN) | No | Deterministic | Apple | No | Yes | No | No |
| Apple Search Ads (1) | No | Deterministic | Apple | No | Yes | No | No |
| Deep link (1) | No | Deterministic | AppsFlyer | Yes | Yes | Yes | No |

(1) Sometimes referred to as the "Classic" attribution method in AppsFlyer dashboards and reports

(2) Supported by some third-party stores

(3) See full list of CTV, PC, and console platforms

| | |
|---|---|
| | **Attribution method priorities (Attribution waterfall)**<br><br>Upon a new install, if there is more than one valid engagement, **AppsFlyer prioritizes clicks over impressions, and deterministic over probabilistic methods**. The attribution methods are utilized according to the priorities shown in the chart.<br><br><br><br><br>Find below detailed descriptions of AppsFlyer attribution models.<br><br>Install referrer (Android only)<br><br>Device ID matching<br><br>Device ID matching using IDFV (iOS)<br><br>Device ID matching for self-reporting networks<br><br>Probabilistic modeling |

| | |
|---|---|
| | Probabilistic modeling is a statistical technique leveraging machine learning to estimate campaign performance. Probabilistic modeling parameters are collected:<br>• Initially on the click or ad view (if enabled)<br>• Again when the app is launched<br>**Implementation characteristics**<br>• Uses statistics and is not based on unique IDs.<br>• It is a fallback method used in the absence of a referer or advertising IDs. Deterministic attribution methods, i.e., clicks with referrer or ID matching, are given priority if they occur within the lookback window.<br>• For mobile apps, AppsFlyer dynamically determines the attribution window based on the user network. The window duration is adaptive but shorter than that of other methods (up to 24 hours).<br>• For CTV, PC, and console apps, the attribution window is determined by the `af_lookback_window` link parameter, but cannot exceed 7 days.<br>• Click-through probabilistic modeling is always enabled.<br>• View-through probabilistic modeling needs to be enabled on the app settings page and in the integration tab of non-SRNs. For CTV, PC, and console apps, this is enabled by default. |

| | |
|---|---|
| | **PROBABILISTIC MODELING PARAMETERS FOR AD NETWORKS**<br><br>Ad networks implementing Probabilistic modeling attribution must send the following parameters via the attribution link or via HTTP request headers:<br><br>• af_os_version<br>• af_model<br>• af_ip<br><br>; https://www.tiktok.com/legal/page/global/partner-privacy-policy/en: |

| | |
|---|---|
| | **Automatically Collected Information**<br><br>**Technical Information**. When you use the Partner Platform, we automatically collect network and device information such as your IP address, device identifier, device name, type of operating system, information obtained from Cookies and other tracking technologies, time zone, language and other local settings, and server logs (which can include information like access dates and times).<br><br>**Cookies**. We use cookies and similar tracking technologies (collectively, "Cookies") to operate and provide the Partner Platform, including, for example, to enable you to log into secure areas of the Partner Platform, to enable us to provide certain features and functionality, or to enhance your experience using the Partner Platform, or to receive the status of emails we send to you such as when and on what platform (PC or mobile systems) the emails are opened. For more information about our use of cookies on the Partner Platform for individuals located in the EEA, UK and Switzerland please see our Web Cookies Policy ↗.<br><br>You may be able to control some of the What Information We Collect → through your device browser settings to refuse or disable Cookies. Because each browser is different, please consult the instructions provided by your browser. Please note that you may need to take additional steps to refuse or disable certain types of Cookies. In addition, your choice to disable Cookies is specific to the particular browser or device that you are using when you disable Cookies, so you may need to separately disable Cookies for each type of browser or device. If you choose to refuse, disable, or delete Cookies, some of the functionality of the Partner Platform may no longer be available to you. Without this information, we are not able to provide you with all of the requested services.<br><br>**Usage Information**. We collect information about how you engage with the Partner Platform, including information about the content you view, the duration and frequency of your use, your engagement with other users, your search history and your settings. |