IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALMONDNET, INC., INTENT IQ, LLC, and DATONICS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LIVEINTENT, INC.<br><br>Defendant. | ) | C.A. No. 24-831 (MN)<br>(Consolidated) |
| ALMONDNET, INC. and INTENT IQ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BYTEDANCE INC.,<br><br>Defendant. | ) | C.A. No. 25-611 (MN) |

**ORDER**

At Wilmington, this 19th day of August 2026;

WHEREAS, on September 8, 2025 Defendant ByteDance moved to transfer this case to the Northern District of California (C.A. No. 25-611, D.I. 22); and

WHEREAS, on August 17, 2026 Plaintiffs stated that they "withdraw their opposition to the pending motion to transfer" (C.A. No. 24-831, D.I. 131);

THEREFORE, IT IS HEREBY ORDERED that the Motion to Transfer (C.A. No. 25-611, D.I. 22) is GRANTED.

IT IS FURTHER ORDERED that the Motion for Leave to File a Sur-Reply (C.A. No. 25-611, D.I. 38) is DENIED-AS-MOOT.

IT IS FINALLY ORDERED that the Clerk of Court shall immediately transfer C.A. No. 25-611 (MN) to the United States District Court for the Northern District of California.

Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge